**DISMISS and Opinion Filed October 14, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00871-CV

**DIMONT & ASSOCIATES, L.L.C., Appellant**
**V.**
**ATLAS GRAMERCY HOLDINGS, LLC, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-05627-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

The clerk's record in this case has not been filed. By letter dated August 26, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification it (1) had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required

documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

<div style="margin-left: 50%;">

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE
</div>

240871F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DIMONT & ASSOCIATES, L.L.C.,
Appellant

No. 05-24-00871-CV     V.

ATLAS GRAMERCY HOLDINGS,
LLC, Appellee

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-05627-
2022.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered October 14, 2024.